SIDNEY B. BOWMAN AUTOMOBILE COMPANY, Respondent, v. WALTER J. SALMON and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of THE EQUITABLE TRUST COMPANY OF NEW YORK, as Successor Trustee under the Will of WILLIAM KRAMER, Deceased, for an Order Compelling ALBERT J. KRAMER and Another, as Surviving Executors, etc., to Make and File an Account of Their Proceedings as Such.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

ELIHU N. KLEINBAUM, Respondent, v. CLIFFORD L. MILLER, Appellant, and Another, Copartners, etc., Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

WALTER MURPHY, an Infant, by EDITH MURPHY, His Guardian ad Litem, Respondent, v. OCTAVIA HILL, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

HARRY E. SINDEN, Respondent, v. DOROTHY G. SINDEN, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

STELLA K. SCHWARTZ, Appellant, v. LOUIS H. SCHWARTZ, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

FRED BUTTERFIELD & CO., INC., Appellant, v. ABRAHAM & STRAUS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

JUAN CHEMELLO, Appellant, v. EMANUEL ENDLICH and Another, Respondents. — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

DAVID SCHIFF, Appellant, v. 195 BROADWAY CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

JOHN J. ASCHER, Doing Business under the Name and Style of JOHN J. ASCHER SERVICE COMPANY, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

PETER H. MCARDLE and Another, Respondents, v. KATHERINE A. MCARDLE, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

PHILIP C. WADSWORTH, as Receiver of BERRY LUMBER COMPANY, a New Jersey Corporation, Respondent, v. FRANK VAN ANDEN, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.